THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BRIDGEFORTH, Appellant.

Submitted October 17, 2016; decided October 20, 2016

Motion by Fred T. Korematsu Center for Law and Equality et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.